No. 5,473.—STATE EX REL. C. C. MYERS, RELATOR, *v.* DIS-
TRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control directed
to the District Court of the Thirteenth Judicial District in and
for the County of Yellowstone, and Robert C. Stong, a Judge
thereof, and others, to show cause why certain orders made in
the case of *Richard P. Dorgan et al.* v. *George F. Bennighoff
et al.* should not be annulled.

Decided February 5, 1924.

PER CURIAM.—Relator's application for a writ of super-
visory control herein having this day come on for hearing and
been argued by respective counsel, upon due consideration it
is ordered and adjudged that the order to show cause issued
on the first day of February, 1924, be discharged, and the

order staying proceedings be dissolved and the application for a writ of supervisory control denied.

*Mr. Sterling M. Wood,* for Relator.

*Messrs. Shea & Wiggenhorn,* for Respondents.